**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JEAN-PIERRE MESIA,**

    **Plaintiff,**

  **v.**                              **CASE NO.: 6:08-CV-2070-ORL-28DAB**

**FLORIDA AGRICULTURAL AND
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,**

    **Defendant.**
_____/

## JOINT MOTION FOR CASE MANAGEMENT C0NFERENCE

The Parties, FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES ("FAMU") and JEAN-PIERRE MESIA ("MESIA"), pursuant to Rules 1 and 16, *Federal Rules of Civil Procedure,* respectfully request the Court to conduct a case management conference in this matter for the purpose of setting a settlement conference before a United States Magistrate Judge.  *See* Fed.R.Civ.P. 16(a) ("In any action, the Court may in its discretion direct the attorneys for parties and any unrepresented parties to appear before it for a conference or conferences before trial for such purposes as (1) expediting the disposition of the action. . . ."); Fed.R.Civ.P. 1 (The *Federal Rules of Civil Procedure* "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action.");  The Parties estimate that fifteen (15) minutes or less will be required for this conference.

**WHEREFORE**, the Parties respectfully request the Court to enter an Order setting this matter for a case management conference at the Court's earliest convenience.

Respectfully submitted this 19th day of February, 2009.

| | |
|---|---|
| **/s/  RICHARD E. MITCHELL** | **/s/ AUSTIN N. AARONSON** |
| RICHARD E. MITCHELL, ESQ. | AUSTIN N. AARONSON, ESQ. |
| Florida Bar No.: 0168092 | Florida Bar No.: 749140 |
| rmitchell@gray-robinson.com | aa@aaronsonaustin.com |
| DANIEL E. TRAVER, ESQ. | Aaronson, Austin, P.A. |
| Florida Bar No.: 585262 | 1801 Lee Rd. Ste. 360 |
| dtraver@gray-robinson.com | Winter Park, FL 32789 |
| MICHAEL D. PORTER, ESQ. | (407) 644-1336  Telephone |
| Florida Bar No.: 0031149 | (407) 644-0191  Facsimile |
| mporter@gray-robinson.com | Lead Trial Counsel for Plaintiff, |
| GRAYROBINSON, P.A. | Jean-Pierre Mesia |
| 301 East Pine Street, Suite 1400 | |
| Orlando, Florida  32801 | |
| (407) 843-8880  Telephone | |
| (407) 244-5690  Facsimile | |
| Lead Trial Counsel for Defendant, | |
| Florida Agricultural and Mechanical | |
| University Board of Trustees | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                               **/s/  RICHARD E. MITCHELL**
                                               RICHARD E. MITCHELL, ESQ.